AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

CUTTER HALLEMAN,

                                      JUDGMENT

           Plaintiff,

v.                                  Case Number:   3:23-cv-00498-MMD-CSD

CUTTER BUG SPRAY, *et al.*,

           Defendants.

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that all claims in the complaint are dismissed with prejudice.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date:  January 31, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk